COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-19-00331-CV |
| Trial Court Cause Number: | 2015-69097 |
| Style: | Jack J. Grynberg and RSM Production Corporation |
| | v. Rodeo Resources, L.P. and Jim Ford |
| Date motion filed*: | December 11, 2019 |
| Type of motion: | Motion for Leave to File Amended Brief |
| Party filing motion: | Appellants |
| Document to be filed: | Amended Appellants' Brief |

Is appeal accelerated? ☐ YES  ☒ NO

Ordered that motion is:

☒ Granted

If document is to be filed, document due: _____

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Appellants' amended brief was filed contemporaneously with their motion for leave to file an amended brief. Appellees' request that this Court strike the Arbitration Record and all references to that record in Appellants' original brief is **denied**. This Court previously granted Appellees' motion to extend time to file their appellate brief, and that brief is due **January 17, 2020**.

Judge's signature: <u>Evelyn V. Keyes</u>
          ☒ Acting individually          ☐ Acting for the Court

Date: <u>December 19, 2019</u>